IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

BRIAN M. SNOW #228680 )
Full name and prison number )
of plaintiff(s) )

V. ) CIVIL ACTION NO 2:17-CV-149-WHA
)  (To be supplied by the clerk
Lt. Hines ) of U.S. District Court)
Officer Weather )
Captain Howard )
Warden Crow )
)
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED 2017 MAR 15 A 11:28 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal
      court dealing with the same or similar facts involved
      in this action? YES( ) NO( )

   B. Have you begun other lawsuits in state or federal
      court relating to your imprisonment? YES( ) NO( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

4

3. Docket number _____ 0

4. Name of judge to whom case was assigned _____

5. Disposition(for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ 0

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **BiBB County Prison Brent, Alabama**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **Staton**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Crow | 2690 Marion Spillway RD. Elmore Ala. 36025 |
| 2. | L.t. Hines | 2690 Marion Spillway RD., Elmore Ala. 36025 |
| 3. | Captain Howard | 2690 Marion Spillway RD. Elmore Ala. 36025 |
| 4. | Officer Weather | 2690 Marion Spillway RD. Elmore Ala. 36025 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **January 5, 2017**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My Rights were Violated under The 4, 5, 6, 8, 14th And 1st Amendments of The Constitution

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON JANUARY 5, 2017 Between The Hour of 2:A.M And 3:A.M I Was Housed At Staton Correctional Facility When I Engaged In A Altercation with Another Inmate, And After The Altercation, Officer Weather Reported The Incident To L.t. Hines The Shift Commander, And I Arrived

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

6

In The Area, I met with L.t. Hines standing out on The prison Black Top, And stated to me "oh you like to sneak people And I told The L.t., I did not sneak anybody, That The other Inmate kept messing with me" But After my Response I notice That L.t. Hines Had The other Inmate, That I Had The Altercation with, standing Inside The prison Law Library.

    L.t. Hines Then Told me, That He was going to let me, And The other Inmate Fight one on one "And I Told L.t. Hines "That I was not going to Fight anyone, And L.t. Hines Told me Either I Fight The other Inmate, or He was going to Beat me up" And I stated L.t. Hines you wrong" And L.t. Hines Replied He was Just Trying To prevent A Killing, Because The other Inmate was Feeling like He wanted To Kill me.

    L.t. Hines Then went To The prison Law Library And got The other Inmate, As I stood outside Against The Wall, And once L.t. Hines came out of The prison Library with The other Inmate, And The Inmate Saw me, The Inmate Rushed me And Swung on me As I was punched In The Face" And Slammed To The ground, As I was Hit several Times, And Then gotton up By L.t. Hines And officer Weather" And After

Being stood up" Lt. Hines told me and the other inmate and myself to continue fighting, and the other inmate rushed me and slammed me again to the ground, injuring my right shoulder" And I was immediately taken to Elmore Community Center for treatment.

Upon arrival, I was taken to x-ray" and it does indicate, that I received a Third Degree A.C.E. Joint Seperation which was written up upon my Medical File by the Doctor, and since that time I have received one more x-ray" that shows upon my Medical File, But I was only placed on medication for pain.

I was transported from Staton Correctional to Bibb County Correctional in January 2017 and in March 2017 I was scheduled for a second x-ray to be conducted" and it once again showed I have a Third Degree A.C.E. Joint Seperation" And according to Dr. Palkovic of Bibb County Health Care Unit set an appointment for me to have surgery for plates and screws" Because my matter has been stated to me" that I will remain injured for the rest of my life" as all my damages of injury stemed from the very fight, that Lt. Hines forced me to be a part of which was against the system standard of procedures and for sure video footage from January 5, 2017 would support this incident

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I AM ASKING The Court For The Moneytary Amount of $200,000.00 Dollars, For punitive Damages, Mental Stress And Being Injured For Life, Due To wrongful Action

_Brian Snow #228680_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-9-17.
(Date)

_Brian Snow #228680_
Signature of plaintiff(s)

7

Orien Snow # 228680
Bibb County Corr. Facility
565 Bibb Lane
Brent, AL 35034

Legal Mail

BIRMINGHAM AL 350
13 MAR '17
PM 6 L

United States District Court
Middle District Of Alabama
P.O. Box 711
Montgomery, AL 36101



36101$0711 B007

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible…"