IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

BRIAN M. SNOW, )
AIS # 228680 )
    Plaintiff, )
)
)
vs. ) CASE NO. 2:17-CV-00149-WHA-TFM
)
)
DERRICK HINES, )
)
    Defendant. )
)

## AFFIDAVIT

**State of Alabama** :

**Montgomery County** :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Sandra Taylor, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Sandra Taylor. I hereby certify and affirm that I am the Alternate Custodian of Records at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and am competent to testify to the matters stated herein.

Attached are records contained at Staton pertaining to **inmate Brian Snow W/M 228682**. These records are true, exact and correct photocopies of documents maintained here in the institutional files/ADOC Vault images.

Page 1

Exhibit D

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility and that said documents and entries therein were made reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.

_Sandra Taylor_
**Sandra Taylor**

SWORN TO and SUBSCRIBED before me this 10th day of July 2017.

_Melanie S. Dennis_
**NOTARY PUBLIC**

04/20/2021
**My Commission Expires:**

# CORIZON HEALTH

## Alabama Department of Corrections
### Inmate Body Chart Documentation Form



**Institution:** Staton Correctional  **Date:** 1/5/17  **Time:** 0250

**Individual Requesting Body Chart (print name):** Hines  **Title:** LT

**Inmate statement:**
"I fell backwards on to floor & landed on my RT shoulder"

RT shoulder displacement seen

Small cut to RT F/A underneath

**Description of markings:**
RT shoulder – obvious displacement noted c̄ bruising noted to top of RT clavical bone. Small cut to RT F/A underneath. No other injuries seen to head, face, chest, legs, LT arm or back.

**Check below:**
✓ *NET additionally completed and filed in the inmate health record.
✓ *Special Health Needs Communication Form completed and distributed, as necessary.

**Health Professional (signature):** Sarrington LPN  **Date:** 1-5-17  **Time:** 250 AM

**Inmate Name:** SNOW BRYAN  **AIS #:** 228680  **DOB:** ▓▓▓

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official

Exhibit D

On 1/5/17 I John Huyter saw Snow on the aread B Side the Bead trying to get his towel up Sgt. Jones was Doing walk throu B geting ~~clowes~~ clothes lines Down

1-5-17

I observe Snow getting up from the floor he stated that he was getting his towel ~~~~ ~~~~ when he fell from his bed he said his shoulder was hurting. I told him to go to the shift office and tell the police.

Willie Robinson
258320



**State of Alabama**
**Department of Corrections**

1-5-17
Date

*MEMORANDUM*

From: Correctional Lieutenant Derrick Hines

To: Correctional Captain Demetrius Holstick

Re: Living Agreement

This is to acknowledge that we have been counseled this day by __LT Hines__ concerning our disagreements. By our signature below, we relieve any and all Department of Corrections Officials of any liability and damages. We acknowledge that our problem has been resolved and that we can live at this institution without violence existing between us. This statement is made of our own free will with no threats or promises from anyone.

| X Patrick Lawson 1-5-17 | Brian Swad 1-5-17 |
|---|---|
| Inmate's Signature   Date | Inmate's Signature   Date |

| Patrick Lawson 1-5-17 | Brian Swad 1-5-17 |
|---|---|
| Print Inmate's Name & AIS#   Date | Print Inmate's Name #   Date |

| [signature] 1-5-17 | [signature] 1-5-17 |
|---|---|
| Witness   Date | Witness   Date |

7-11-17

Friday Morning around 2 A.M. I was called out the dorm by LT. Hines concerning a incident I had with another inmate. I was told by Lt. Hines to fight the inmate T-mack outside on the Black Top. Inmate T-mack slammed me on my right shoulder and I was taken to free world Hospital and I was given X-Ray and was told that I had fractured Right hand and 1st Degree Ace Break on my shoulder. Last night I was stomped on Right Shoulder why I was sleeping.

Brian Snow

Patrick Lawson

were swung on By Inmate Snow For No [apparent?] reason, I Beleive he were In Debt Fr[om] his Drug Abuse. An when he were Escorte[d] up to the shift office I jumped up, moved Towards him wich caused us Be[th] to Fall To the ground In Front of T[he] the shift office.

*Patrick Lawson*

ON JANUARY 05, 2017, AT APPROXIMATELY 2:00A.M., I CO WEATHERS CONDUCTED A SECURITY CHECK IN D- DORM AT WHICH TIME I OBSERVED INMATES SNOW AND LAWSON ENGAGED IN A VERBAL ALTERCATION. I INFORMED LT HINES AND ESCORTED BOTH INMATES TO THE SHIFT OFFICE. LT HINES REPRIMANDED BOTH INMATES IN REFERENCE TO THE INCIDENT. THE INMATES PROCEEDED TO TAUNT EACH OTHER AND GRABED EACH OTHER AND ATTEMPTED TO ENAGAGE IN A PHYSICAL ALTERCATION. LT. HINES AND I CO WEATHERS SEPERATED BOTH INMATES AND EVENTUALLY LT. HINES RESOLVED THE ISSUE AND ALLOWED BOTH INMATES TO SIGN A LIVING AGREEMENT.

CO CEDRIC WEATHERS   *C Weathers*

ON JANUARY 05, 2017, AT APPROXIMATELY 2:05A.M., I LT.HINES WAS NOTIFIED BY CO WEATHERS THAT INMATE SNOW AND LAWSON WERE IN A VERBAL ALTERCATION. CO WEATHERS ESCORTED BOTH INMATES TO THE SHIFT OFFICE. BOTH INMATES STARTED ARGUING AND GRAB EACH OTHER IN ATTEMP TO ENGAGE IN A FIGHT. LT. HINES AND CO WEATHERS SEPERATED BOTH INMATES IMMEDIATELY. I LT. HINES GAVE FURTHER REPRIMAND AND RESOLVE THE ISSUE BETWEEN BOTH INMATES AND ALLOW THEM TO SIGN A LIVING AGREEMENT. LT.HINES TOLD BOTH INMATES TO RETURN TO THEIR LIVING AREA. INMATE SNOW STATED HE HURT HIS SHOULDER IN THE DORM EARLIER AND WANTED TO GO TO HEALTH CARE UNIT TO GET IT CHECK OUT.

LT.HINES _Derrick Hines_



Page 11

Exhibit D



