IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN M. SNOW, #228 680, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-149-RAH |
| | ) | |
| LT. HINES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Before the court is Plaintiff's July 20, 2020, document considered a motion to submit witness list. Upon consideration of the motion, it is

ORDERED that the motion to submit witness list (Doc. 42) is GRANTED.

This case is presently set for an evidentiary hearing on **August 26, 2020, at 2:00 p.m**. in **Courtroom 5B** of the United States Courthouse Complex, One Church Street, Montgomery, Alabama. Upon consideration of Plaintiff's witness list, and for good cause, it is

ORDERED that the persons having custody of Willie Robinson, AIS #258320, shall produce him at the evidentiary hearing scheduled in this matter;

The Clerk is DIRECTED to provide a copy of this order to the transfer agent for the Alabama Department of Corrections, to the United States Marshal, and to the Director of the Alabama Therapeutic Education Facility.

DONE, this 21st day of July 2020.

    /s/ Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE