**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BRIAN M. SNOW,** ) | |
| **AIS# 228680,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **2:17-CV-149-RAH-SRW** |
| **LT. HINES,** *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

**THIRD MOTION TO CONTINUE HEARING**

COME NOW the Defendants, through undersigned counsel, and move this Honorable Court to continue the evidentiary hearing by videoconference that has been reset to resume on, Wednesday, October 7, 2020 at 2:00 p.m., due to the continued unavailability of a critical fact and medical witness who remains on medical leave and as grounds, state as follows:

1. That an evidentiary hearing was held via video conference on this case on Wednesday, August 26, 2020.

2. That a critical witness, Ms. Kelly Rice, was present to testify during the evidentiary hearing that began on Wednesday, August 26, 2020.

3. That Ms. Rice is an important fact and medical witness in this case. Ms. Rice is a registered nurse (RN), and also, the Director of Nursing for Wexford Health, at Staton Correctional Facility.

4. That before Ms. Rice had the opportunity to testify at the Wednesday, August 26, 2020 hearing wherein testimony was being given after 5:00 p.m., the

evidentiary hearing was recessed to resume the following Tuesday, on September 1, 2020.

5. That Ms. Rice was expected to be present and testify at the evidentiary hearing on Tuesday, September 1, 2020, when the hearing was set to resume that Tuesday afternoon.

6. That on Tuesday morning, September 1, 2020, at 9:33 a.m., undersigned counsel was unexpectedly notified by email that after having become ill at work the day before, Kelly Rice, RN, would not be at work on Tuesday, September 1, 2020 to testify at the hearing set to begin at 2:00 p.m. Tuesday afternoon.

7. That based on the unexpected unavailability of Ms. Rice on Tuesday, September 1, 2020, for the reasons stated above, a Motion to Continue (Doc. 54) was filed and an Order issued (Doc. 55) resetting the evidentiary hearing to resume two (2) days later by videoconference on Thursday, September 3, 2020.

8. That due to Ms. Rice having serious medical issues and not being expected to return to work for at least 15 to 21 days from Wednesday, September 2, 2020, a motion to continue the Thursday, September 3, 2020 hearing was filed asking for an extension of at least 30 days (Doc. 56), and the hearing was rescheduled to resume on Wednesday, October 7, 2020.  (Doc. 57).

9. That since the motion to continue (Doc. 56) was filed asking that the September 3, 2020 hearing be rescheduled due to Ms. Rice's unavailability, Ms. Rice has remained on medical leave having tested positive for COVID-19, undergone surgery and due to ongoing surgery related complications.

10. That Ms. Rice's surgery date had to be postponed because she tested positive for COVID-19. And, then after having surgery, Ms. Rice has been experiencing surgery related complications for which continues to be treated.

11. That although before the postponed surgery Ms. Rice was projected to potentially return to work on October 12, 2020, given the surgery related complications, she is not anticipated to return to work until much later in October.

12. That as noted above, Ms. Rice is a crucial fact and medical witness had in this case.

13. That in light of the foregoing, the undersigned respectfully asks that the evidentiary hearing scheduled to resume on Wednesday, October 7, 2020, via video conference, be continued and rescheduled to resume at least three (3) weeks from today.

Respectfully submitted this 5th day of October 2020.

STEVE MARSHALL
ATTORNEY GENERAL


/s/ *Mary Goldthwaite*
MARY GOLDTHWAITE
Assistant Attorney General
Counsel for Defendants


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
(334) 353-9189 (T)
(334) 353-8400 (F)
Mary.Goldthwaite@AlabamaAG.gov

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I electronically filed the foregoing Third Motion to Continue Hearing with the Clerk of the Court, using the CM/ECF system, and that I have served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Brian Snow, AIS#228680
Alabama Therapeutic Education Facility
102 Industrial Parkway
Columbiana, Alabama 35051

/s/ *Mary Goldthwaite*
OF COUNSEL