## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BRIAN M. SNOW, ) | |
| AIS# 228680, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 2:17-CV-149-RAH-SRW |
| LT. HINES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

COME NOW the Defendants, Lieutenant Derrick Hines, and Officer Cedric Weathers, through undersigned counsel, and submit their Supplemental Exhibit List for the evidentiary hearing set for November 10, 2020, at 2:00 p.m. as follows:

1. January 5, 2017 Alabama Department of Corrections (ADOC) Daily X-Ray Log Bates stamped 000717; and

2. January 5, 2017 Nursing Encounter Tool, Bates stamped 000718-000719.

Respectfully submitted this 10th day November 2020.

        STEVEN T. MARSHALL
        ATTORNEY GENERAL


        /s/ *Mary Goldthwaite*
        MARY GOLDTHWAITE
        Assistant Attorney General
        Counsel for Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
(334) 353-9189 (T)
(334) 353-8400 (F)
Mary.Goldthwaite@Alabamaag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the foregoing Defendants' Supplemental Exhibit List with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of Defendants' Supplemental Exhibit List and Exhibits Bates stamped 000717-000719 on the Plaintiff, via electronic mail to Latori Lewis, latlewis@geogroup.com, who is located at the Alabama Therapeutic Education Facility 102 Industrial Parkway, Columbiana, Alabama 35051 where inmate Brian Snow is housed. Ms. Lewis will forward these documents to inmate Snow.

/s/ *Mary Goldthwaite*
OF COUNSEL