IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN M. SNOW,<br>AIS # 228680,<br><br>    Plaintiff,<br><br>v.<br><br>LT. HINES, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 2:17-cv-149-RAH-SRW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On March 11, 2021, the Magistrate Judge recommended that this case be dismissed with prejudice. (Doc. 75.) No objections to the Magistrate Judge's Recommendation have been filed. Upon this Court's review and consideration of the record, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Recommendation (Doc. 75) is ADOPTED.

2. Judgment is entered in favor of the Defendants and against the Plaintiff.

3. Costs shall be taxed against the Plaintiff, for which execution may issue.

DONE, on this the 31st day of March, 2021.

      /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE